360

653 A.2d 909

MAYOR AND COUNCIL OF ROCKVILLE

v.

Kathleen YAMADA, Substitute Trustee.

No. 86, Sept. Term, 1994.

Court of Appeals of Maryland.

Feb. 3, 1995.

Reconsideration Denied March 8, 1995.

Roger W. Titus (Paula T. Laboy, on brief), Rockville, for petitioner.

Albert D. Brault (Janet Zigler, James M. Brault, Brault, Graham, Scott & Brault, on brief), Rockville, for respondent.

Argued before ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL, RAKER and JOHN F. McAULIFFE (retired), Specially Assigned, JJ.

ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 3rd day of February, 1994

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.